UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICIA WOODS )
          Plaintiff, )
           )
v. ) **JUDGMENT**
           )
           ) No. 5:23-CV-37-FL
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
          Defendant. )
           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 12, 2023, that defendant pay to plaintiff 6,300.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on September 12, 2023, and Copies To:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


September 12, 2023          PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collns, Deputy Clerk